UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CASE NO.:

WILNORD GERMAIN,
and other similarly situated
employees

    Plaintiff,

v.

COMPASS GROUP USA, INC.,
FLIK INTERNATIONAL CORP.
and ADRIAN L. MEREDITH

    Defendants.
_____/

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE THAT** Defendants, Compass Group USA, Inc. ("Compass"), Flik International Corp. ("Flik") and Adrian L. Meredith have removed this cause to the United States District Court for the Middle District of Florida pursuant to 28 U.S.C. § 1441. The grounds for removal are:

    1.    On or about January 28, 2021, a civil action was filed in the Twentieth Judicial Circuit, Collier County, Florida entitled *Wilnord Germain and other similarly situated employees v. Compass Group USA, Inc., Flik International Corp. and Adrian L. Meredith*, Case No. 11-2021-CA-000261-0001-XX.

    2.    Other than the Summons and Complaint, Defendants are not aware of any other filings in this case. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all pleadings and documents filed and served in this action are attached hereto as Exhibit "A."

    3.    Meredith was served with the complaint on February 5, 2021 and Compass and Flik were served with the Complaint on February 8, 2021. This Notice of Removal is filed within thirty

(30) days of the Complaint being served, and is therefore timely filed pursuant to 28 U.S.C. § 1446(b).

4. Pursuant to 28 U.S.C. § 1446(d), Compass, concurrently with the filing of this Notice of Removal, served written notice thereof to all adverse parties and have filed a copy of this Notice with the Clerk of the Twentieth Judicial Circuit, Collier County, Florida, from which this case was removed. A copy of the Notice of Filing Notice of Removal is attached hereto as Exhibit "B."

## FEDERAL QUESTION JURISDICTION

5. This Court has original subject matter jurisdiction over this case pursuant to 28 U.S.C. § 1331 and this case can be removed to this Court pursuant to 28 U.S.C. § 1441 in that it is a civil action containing federal question causes of action under the Fair Labor Standards Act, 29 U.S.C. § 201-219 and the Americans with Disabilities Act of 1990, 42 U.S.C. § 12111 et seq. (See Complaint, ¶¶ 1, 2, 18, 19, 30-55, 100-135).

6. Based on the preceding facts, this Court has original subject matter jurisdiction over this case pursuant to 28 U.S.C. § 1331 and this case is therefore properly removable to this Court pursuant to 28 U.S.C. § 1441.

Defendants accordingly request the removal of this case from the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida to this Court.

Date: February 24, 2021            Respectfully submitted,

By:    */s/Steven A. Siegel*
       Steven A. Siegel
       Fla. Bar No. 497274
       ssiegel@fisherphillips.com
       Ilanit S. Fischler
       Fla. Bar No. 106691
       ifischler@fisherphillips.com
       Fisher & Phillips LLP
       450 East Las Olas Boulevard
       Suite 800
       Fort Lauderdale, Florida 33301
       Telephone (954) 525-4800
       *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on **February 24, 2021**, I electronically filed the foregoing **NOTICE OF REMOVAL** document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day to all counsel of record identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF and/or via U.S. Mail.

       */s/Steven A. Siegel*
       Steven A. Siegel
       Fla. Bar No. 497274
       ssiegel@fisherphillips.com
       Ilanit S. Fischler
       Fla. Bar No. 106691
       ifischler@fisherphillips.com
       FISHER & PHILLIPS LLP
       450 East Las Olas Boulevard
       Suite 800
       Fort Lauderdale, FL 33301
       Telephone (954) 525-4800
       Facsimile (954) 525-8739

       *Attorney for Defendants*

<u>**SERVICE LIST**</u>

**United States District Court – Middle District of Florida**
*Wilnord Germain and other similarly situated employees v. Compass Group USA, Inc., Flik International Corp. and Adrian L. Meredith*
Case No.:

| | |
|---|---|
| Jason S. Remer<br>jremer@rgpattorneys.com<br>Remer & Georges-Pierre, PLLC<br>Courthouse Tower<br>44 West Flagler Street<br>Suite 2200<br>Miami, Florida 33130<br><br>*Attorneys for Plaintiff* | Steven A. Siegel<br>ssiegel@fisherphillips.com<br>Ianit S. Fischler<br>Fla. Bar No. 106691<br>ifischler@fisherphillips.com<br>FISHER & PHILLIPS LLP<br>450 East Las Olas Boulevard<br>Suite 800<br>Ft. Lauderdale, Florida 33301<br>Telephone: (954) 525-4800<br><br>*Attorneys for Defendants* |