|  |  |
|---|---|
|  | IN THE CIRCUIT COURT OF THE 20th JUDICIAL CIRCUIT, IN AND FOR COLLIER COUNTY, FLORIDA |
| WILNORD GERMAIN, and other similarly situated employees, | CASE NO. 11-2021-CA-000261-0001-XX |
| Plaintiff, |  |
| v. |  |
| COMPASS GROUP USA, INC., FLIK INTERNATIONAL CORP. and ADRIAN L. MEREDITH, |  |
| Defendants.                              / |  |

## **DEFENDANTS' NOTICE OF FILING NOTICE OF REMOVAL**

PLEASE TAKE NOTICE THAT Defendant, Compass Group USA, Inc. ("Compass"), Flik International Corp. ("Flik") and Adrian L. Meredith, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, have removed the above-styled action from the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida to the United States District Court for the Middle District of Florida.

Attached hereto as Exhibit "A" is a copy of the Notice of Removal which has been filed in the United States District Court, Middle District of Florida.

Exhibit B

Date: February 24, 2021                                          Respectfully submitted,

                                                      By:   /s/Steven A. Siegel
                                                            Steven A. Siegel
                                                            Fla. Bar No. 497274
                                                            ssiegel@fisherphillips.com
                                                            Ilanit S. Fischler
                                                            Fla. Bar No. 106691
                                                            ifischler@fisherphillips.com
                                                            Fisher & Phillips LLP
                                                            450 East Las Olas Boulevard
                                                            Suite 800
                                                            Fort Lauderdale, Florida 33301
                                                            Telephone (954) 525-4800
                                                            *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on **February 24, 2021,** I caused a true and correct copy of the foregoing **NOTICE OF FILING NOTICE OF REMOVAL** to be served on the following individual, either via transmission of Notice of Electronic Filing generated by the *Florida's E-Filing Portal* or by United States Mail for those counsel or parties who are not authorized to receive electronically filed pleadings in this action to the parties listed below:

Jason S. Remer
jremer@rgpattorneys.com
Remer & Georges-Pierre, PLLC
Courthouse Tower
44 West Flagler Street
Suite 2200
Miami, Florida 33130

                                                                  /s/Steven A. Siegel
                                                            Steven A. Siegel
                                                            Fla. Bar No. 497274
                                                            ssiegel@fisherphillips.com
                                                            Ilanit S. Fischler
                                                            Fla. Bar No. 106691
                                                            ifischler@fisherphillips.com
                                                            FISHER & PHILLIPS LLP
                                                            450 East Las Olas Boulevard
                                                            Suite 800
                                                            Fort Lauderdale, FL 33301
                                                            Telephone (954) 525-4800
                                                            *Attorneys for Defendants*

Exhibit B