UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS

WILNORD GERMAIN and other similarly situated employees,

    Plaintiff,

CASE NO.: 2:21-cv-00149-JLB-MRM

v.

COMPASS GROUP USA, INC. a foreign profit corporation, FLIK INTERNATIONAL CORP., a foreign profit corporation, and ADRIAN L. MEREDITH, individually,

    Defendants.
_____/

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel on behalf of the Plaintiff in the above-styled cause. The undersigned associate counsel requests that copies of all pleadings, notices, correspondence, and communications of any type, be furnished to him in accordance therewith.

Dated: March 2, 2021

    Respectfully submitted,

    *Daniel H. Hunt*_____
    **REMER & GEORGES-PIERRE, PLLC**
    Jason S. Remer, Esq.
    Florida Bar No. 0165580
    jremer@rgpattorneys.com
    Daniel H. Hunt, Esq.
    Florida Bar No. 121247
    dhunt@rgpattorneys.com
    Courthouse Tower
    44 West Flagler Street, Suite 2200 Miami, FL 33130
    Tel: (305) 416-5000
    Fax: (305) 416-5005

    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 2, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Daniel H. Hunt, Esq.
Daniel H. Hunt, Esq.
Florida Bar No.121247

## SERVICE LIST

**United States District Court – Middle District of Florida Wilnord Germain v. Compass Group USA, Inc. et al**
**Case No.: 2:21-cv-00149-JLB-MRM**

Jason S. Remer
jremer@rgpattorneys.com
Remer & Georges-Pierre,
PLLC Courthouse Tower
44 West Flagler Street Suite 2200
Miami, Florida 33130

Attorneys for Plaintiff

Steven A. Siegel
ssiegel@fisherphillips.com
Ilanit S. Fischler
ifischler@fisherphillips.com
Fisher & Phillips LLP
450 East Las Olas Boulevard
Suite 800
Ft. Lauderdale, Florida 33301
Telephone: (954) 525-4800
Attorneys for Defendant