UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CASE NO. 2:21-cv-00149-JLB-MRM

WILNORD GERMAIN,

    Plaintiff,

v.

COMPASS GROUP USA, INC.
And FLIK INTERNATIONAL CORP.,

    Defendants.
_____/

## NOTICE OF FILING

The Defendants, Compass Group USA, Inc. and Flik International Corp., by and through their undersigned counsel and pursuant to the Court's May 25, 2021 Order [D.E. 30] and in conjunction with the Joint Motion for Settlement Approval and Dismissal with Prejudice [D.E. 29], hereby files the complete Settlement Agreement in the above-referenced action.

Date: June 1, 2021                                          Respectfully submitted,

                                                                             By: */s/Steven A. Siegel*
Steven A. Siegel
Fla. Bar No. 497274
ssiegel@fisherphillips.com
Ilanit S. Fischler
Fla. Bar No. 106691
ifischler@fisherphillips.com
FISHER & PHILLIPS LLP
450 East Las Olas Boulevard
Suite 800
Fort Lauderdale, FL  33301
Telephone (945) 525-4800
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on **June 1, 2021**, I electronically filed **NOTICE OF FILING** with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day to all counsel of record identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF and/or via U.S. Mail.

                                   */s/Steven A. Siegel*
                                   Steven A. Siegel
                                   Fla. Bar No. 497274
                                   ssiegel@fisherphillips.com
                                   Ilanit S. Fischler
                                   Fla. Bar No. 106691
                                   ifischler@fisherphillips.com
                                   Fisher & Phillips LLP
                                   450 East Las Olas Boulevard
                                   Suite 800
                                   Fort Lauderdale, Florida 33301
                                   Telephone (954) 525-4800
                                   *Attorneys for Defendants*

# SERVICE LIST

**United States District Court – Middle District of Florida**
**Case No.: 2:21-cv-00149-JLB-MRM**
**Wilnord Germain v. Compass Group USA, Inc. and Flik International Corp.**

| | |
|---|---|
| Jason S. Remer<br>jremer@rgpattorneys.com<br>Daniel Hunt<br>dhunt@rgpattorneys.com<br>Remer & Georges-Pierre, PLLC<br>Courthouse Tower<br>44 West Flagler Street<br>Suite 2200<br>Miami, Florida 33130<br><br><br>*Attorneys for Plaintiff* | Steven A. Siegel<br>ssiegel@fisherphillips.com<br>Megan L. Janes<br>mjanes@fisherphillips.com<br>Fisher & Phillips LLP<br>450 East Las Olas Boulevard<br>Suite 800<br>Fort Lauderdale, Florida 33301<br>Telephone (954) 525-4800<br><br>*Attorneys for Defendants* |